# Exhibit 8

# Turner, David

**From:** Watts, Benjamin
**Sent:** Friday, July 20, 2018 10:13 AM
**To:** D'Agostino, Matt
**Cc:** Watts, Benjamin
**Subject:** RE: HCV workflow

Hi Matt

Your email to Sarah looks perfect. Please CC: me on the correspondence.

Thanks so much

Ben

**From:** D'Agostino, Matt
**Sent:** Friday, July 20, 2018 8:43 AM
**To:** Watts, Benjamin <Benjamin.Watts@vermont.gov>
**Subject:** RE: HCV workflow

Hi Ben,

I noticed that Sarah Clark wasn't copied and wanted to forward to her. I anticipate she will want to know more details related to when we would see these costs, so I put the following response together. Just wanted to make sure you concur before sending it over to Sarah:

Sarah - FYI in case you haven't already seen this. The introduction is below and the workflow is attached. We are estimating a range of approximately $1.9m-$2.7m above the current budgeted total for HCV treatments, though it is very difficult to predict the timing of these costs. For example, it is not known if they would all occur in year 1 or be spread out over 2 or more years. Also, if every patient that we are currently aware of was to be treated, there is not a reliable way of knowing the amount of ongoing treatment costs, as we could only guess based on percentages of the population how many new cases of HCV we would see in any given year and how many of those offenders would remain incarcerated for a period long enough to go through treatment while in DOC custody.

Thanks!
Matt

**From:** Menard, Lisa
**Sent:** Wednesday, July 18, 2018 2:51 PM
**To:** Gobeille, Al <Al.Gobeille@vermont.gov>
**Cc:** Fisher, Jaime <Jaime.Fisher@vermont.gov>; D'Agostino, Matt <Matt.DAgostino@vermont.gov>; Watts, Benjamin <Benjamin.Watts@vermont.gov>; Touchette, Mike <Mike.Touchette@vermont.gov>
**Subject:** HCV workflow

Al-

1

Following and attached are what we believe you requested at our last meeting. Ben and Matt collaborated on this so are copied in case you need clrifications or additions.

Lisa M. Menard
Commissioner, Vermont Department of Corrections

### INTRODUCTION

Screening for hepatitis C begins at **intake**, with confirmation of new diagnoses within 7 days. Patients with HCV are seen by a medical provider within 14 days of admission. Inmates with HCV are enrolled in **chronic care clinic** and are seen every 3-6 months to monitor their condition. Medical providers, in consultation with UVMMC Infectious Disease, review laboratory and other diagnostic information to **determine when it is medically necessary** to provide a treatment regimen.

Due to public health and patient safety concerns, only inmates that are known to be in custody for the entire duration of the treatment regimen will be provided with treatment. On average, 250 patients (including the in-state and out-of-state populations) with hepatitis C are in DOC custody per month. Of those, 24.8% (62 patients) will be in DOC custody long enough to receive a full HCV treatment regimen.

**From:** Watts, Benjamin
**Sent:** Wednesday, July 18, 2018 2:05 PM
**To:** Menard, Lisa <Lisa.Menard@vermont.gov>; D'Agostino, Matt <Matt.DAgostino@vermont.gov>
**Cc:** Watts, Benjamin <Benjamin.Watts@vermont.gov>; Rose, Jacqueline <Jacqueline.Rose@vermont.gov>
**Subject:**


Ben Watts, MBA
Health Services Administrator
Vermont Department of Corrections
NOB 2 South
280 State Drive
Waterbury, VT 05671 – 2000
802-503-2082 Cell
Benjamin.Watts@vermont.gov

2