UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| RICHARD WEST and JOSEPH BRUYETTE, individually and on behalf of a class of similarly situated persons<br>*Plaintiffs,*<br><br>v.<br><br>MICHAEL SMITH, Vermont Secretary of Human Services;<br>The Vermont Deputy Secretary of Human Services;<br>JAMES BAKER, Vermont Department of Corrections Commissioner; and<br>The Vermont Department of Corrections Health Services Director, in their official capacities,<br>and<br>CENTURION OF VERMONT, LLC,<br>       *Defendants.* | Civil Action No. 2:19-cv-81 |

**SUPPLEMENT TO
DEFENDANTS' JOINT MOTION TO STAY (PAPER 61)**

NOW COME Defendants to supplement their Joint Motion to Stay, filed on April 10, 2020 as Paper 61.

One factor in deciding to grant or deny a Motion to Stay pursuant to F.R.Civ.Proc. 23(f) is, "[E]ither (a) a likelihood of success on the merits, or (b) sufficiently serious questions going to the merits and a balance of hardships tipping decidedly toward the party seeking injunctive relief." *Friends of the Earth v. U.S. Forest Service*, 95 F.Supp.2d 206, 207–08 (D.Vt., 2000).

The Defendants' Joint to Motion to Stay stated on page 3:

> Given that the reasons for staying the class action are so closely related to the reasons for the appeal of the Court's certification of the class, it serves no purpose to repeat those arguments and the supporting record here. Defendants adopt the reasons for the appeal stated in their petition to the Circuit Court, which will be filed in the Circuit Court on Monday, April 13, 2020, and will be submitted as a supplement to this Motion for Stay.

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
P.O. BOX 1307
BURLINGTON, VERMONT 05401

As set out in the Motion to Stay, the balance of hardships favors a stay pending appeal. Today, April 13, 2020, Defendants have filed jointly their Rule 23(F) Petition for Permission to Appeal in the United States Court of Appeals for the Second Circuit. For the reasons enumerated in their Petition, Defendants respectfully state that there is a reasonable likelihood of success in obtaining Circuit Court review of this Court's certification of a class action and that there are serious questions regarding the merits of class certification.

WHEREFORE Defendants hereby submit their Rule 23(F) Petition for Permission to Appeal in the United States Court of Appeals for the Second Circuit, attached as Exhibit 1, in support of their Joint Motion to Stay.

DATED: April 13, 2020.

| CENTURION OF VERMONT, LLC | | THOMAS J. DONOVAN, JR. ATTORNEY GENERAL |
|---|---|---|
| BY:  /s/ Stephen J. Soule  <br>Stephen J. Soule, Esq. | BY: | /s/ Jared C. Bianchi  <br>Jared C. Bianchi, <br>Assistant Attorney General <br>Robert LaRose, <br>Senior Assistant Attorney General <br>280 State Drive, HC2N <br>Waterbury, VT 05671-2080 <br>(802) 241-0194 <br>jared.bianchi@vermont.gov <br>Robert.LaRose@vermont.gov |
| BY:  /s/ Pamela L.P. Eaton  <br>Pamela L.P. Eaton | | |
| PAUL FRANK + COLLINS P.C. <br>PO Box 1307 <br>Burlington, VT 05402-1307 <br>802.658.2311 <br>ssoule@pfclaw.com <br>peaton@pfclaw.com | | Attorneys for Defendants <br>Secretary Mike Smith <br>Commissioner James Baker |
| *PRO HAC VICE ATTORNEYS* <br>Michael Bentley, Esq. <br>Molly Walker, Esq. <br>Bradley Arant Boult Cummings LLP <br>One Jackson Place, <br>188 E. Capitol Street, Suite 100 <br>Jackson, MS 39201 <br>601.592.9935 <br>mbentley@bradley.com <br>mmwalker@bradley.com | | |

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the *SUPPLEMENT TO DEFENDANTS' JOINT MOTION TO STAY (PAPER 61)* with the Clerk of the Court using the CM/ECF system:

| | |
|---|---|
| James M. Diaz, Esq.<br>Lia N. Ernst, Esq.<br>ACLU Foundation of Vermont<br>PO Box 277<br>Montpelier, VT 05601-0277 | Robert LaRose, Esq.<br>Senior Assistant Attorney General<br>280 State Drive, HC2N<br>Waterbury, VT 05671-2080 |
| James A. Valente, Esq.<br>Costello, Valente & Gentry, P.C.<br>51 Putney Road, PO Box 483<br>Brattleboro, VT 05302-4832 | Kevin Costello, Esq.<br>Center for Health Law & Policy Information<br>Harvard Law School<br>1585 Massachusetts Avenue<br>Cambridge, MA 02138 |
| Jared C. Bianchi<br>Assistant Attorney General<br>280 State Drive, HC2N<br>Waterbury, VT 05671-2080 | Michael Bentley, Esq.<br>Molly Walker, Esq.<br>Bradly Arant Boult Cummings LLP<br>One Jackson Place<br>188 E Capitol Street, Suite 100<br>Jackson, MS 39201 |

DATED at Burlington, Vermont, this 13th day of April 2020.

BY: /s/ Stephen Soule
Stephen Soule, Esq.
Pamela L.P. Eaton, Esq.
PAUL FRANK + COLLINS P.C.
PO Box 1307
Burlington, VT 05402-1307
802.658.2311
ssoule@pfclaw.com
peaton@pfclaw.com

7875084_1:11981-00310