UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| RICHARD WEST and JOSEPH BRUYETTE, individually and on behalf of a putative class of similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL SMITH, Vermont Secretary of Human Services; JANE DOE, Vermont Deputy Secretary of Human Services; JAMES BAKER, Interim Department of Corrections Commissioner; JOHN DOE, Vermont Department of Corrections Health Services Director, in their official capacities.<br><br>        Defendants. | Case No. 2:19-cv-81 |

**ORDER STAYING PROCEEDINGS**

       The parties have filed a joint motion to stay this case for 30 days pending settlement discussions. The court grants this motion.

       On or before May 14, 2021, the Parties are directed to file either a motion for preliminary approval of a class settlement or a status report either requesting additional time to pursue settlement or proposing an updated set of deadlines to the October 19, 2020 Discovery Order.

SO ORDERED:

| | |
|---|---|
| <u>April 14, 2021</u><br>DATE | <u>/s/ William K. Sessions III</u><br>Hon. William K. Sessions<br>United States District Court for the District of Vermont |