# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| RICHARD WEST and JOSEPH BRUYETTE, individual and on behalf of a class of similarly situated persons;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL SMITH, in his official capacity only, as Vermont Secretary of Human Services; JANE DOE, Vermont Deputy Secretary of Human Services; JAMES BAKER, Vermont Department of Corrections Interim Commissioner; JOHN DOE, Vermont Department of Corrections Health Services Director, in their official capacities; and VITALCORE HEALTH STRATEGIES, LLC,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00181-WKS |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND APPROVAL OF CLASS NOTICE

　　Pursuant to Fed. R. Cov. P. 23(e), Plaintiffs Richard West and Joseph Bruyette, on behalf of themselves and as representatives of the certified class, hereby move the Court, jointly with Defendants Secretary Mike Smith, Commissioner James Baker and John/Jane Does, and VitalCore Health Strategies, LLC, for preliminary approval of the class settlement of this matter, and approval of the form notice to be sent to class members. This motion is supported by a memorandum and declaration, to be filed contemporaneously.

DATED: <u>June 11, 2021</u>

        <u>*/s/ Kevin Costello*</u>
        Kevin Costello
        Director of Litigation
        Center for Health Law & Policy Innovation
        Harvard Law School
        617-496-0901
        kcostello@law.harvard.edu

        James M. Diaz
        Lia Ernst
        ACLU Foundation of Vermont
        90 Main Street, Suite 200
        Montpelier, VT 05602
        (802) 223-6304
        jdiaz@acluvt.org
        lernst@acluvt.org

        James Valente
        Costello, Valente & Gentry, P.C.
        51 Putney Road
        Brattleboro, VT 05301
        (802) 257-5533
        valente@cvglawoffice.com

        *Attorneys for Plaintiffs and Class*

        THOMAS J. DONOVAN, JR.
        ATTORNEY GENERAL

        BY: <u>*/s/ Jared Bianchi*</u>
        Jared Bianchi
        Assistant Attorney General
        280 State Drive, HC2N
        Waterbury, VT 05671-2080
        (802) 241-0194
        jared.bianchi@vermont.gov

        *Attorney for Defendants*
        *Secretary Mike Smith*
        *Commissioner James Baker*

>/s/ Pamela Eaton
>Pamela Eaton
>Stephen Soule
>Paul Frank + Collins P.C.
>P.O. Box 1307
>Burlington, VT 05402-1307
>802.658.2311
>ssoule@pfclaw.com
>peaton@pfclaw.com
>
>*Attorneys for*
>*VitalCore Health Strategies, LLC*

## CERTIFICATE OF SERVICE & CONFERENCE

I hereby certify that the Parties have conferred in advance of filing this motion.  I also hereby certify that on June 11, 2021, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all counsel of record.

>*s/ Kevin Costello*
>Kevin Costello
>(admitted *pro hac vice*)
>Center for Health Law & Policy Innovation
>Harvard Law School
>1585 Massachusetts Avenue
>Cambridge, MA 02138
>(617) 496-0901
>kcostello@law.harvard.edu
>
>Dated:  June 11, 2021