UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| RICHARD WEST and JOSEPH BRUYETTE, individually and on behalf of a putative class of similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL SMITH, Vermont Secretary of Human Services; JANE DOE, Vermont Deputy Secretary of Human Services; JAMES BAKER, Interim Department of Corrections Commissioner; JOHN DOE, Vermont Department of Corrections Health Services Director, in their official capacities.<br><br>        Defendants. | Case No. 02:19-cv-00081-WKS |

### ORDER

    The parties have reported that they have reached a class settlement in principal in this matter.

    On or before June 11, 2021, the Parties filed a motion for preliminary approval of a class settlement. A hearing on this motion is hereby set for: 7/12/21 @ 1:30 p.m.

SO ORDERED:

June 16, 2021
_____
DATE

BY:   /s/ William K. Sessions III
_____
Hon. William K. Sessions
U. S. District Court for the District of Vermont

8242642_2:14037-00403