UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| RICHARD WEST and JOSEPH BRUYETTE, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>        v.<br><br>JENNY SAMUELSON, in her official capacity only, as Vermont Secretary of Human Services; TODD DALOZ, Vermont Deputy Secretary of Human Services; NICHOLAS DEML, Vermont Department of Corrections Commissioner; MAX TITUS, Vermont Department of Corrections Health Services Director, in their official capacities; and VITALCORE HEALTH STRATEGIES, LLC,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:19-cv-81 |

**<u>ORDER</u>**

Pending before the Court is Plaintiffs' motion to enforce a Settlement Agreement. The Court approved the Settlement Agreement on October 28, 2021. Approximately one year later, Plaintiffs filed their motion to enforce claiming that Defendants were in breach of the Settlement Agreement in several respects. After additional submissions by the parties, the Court determined that two of the issues in dispute required an evidentiary hearing.

The Court's order setting the hearing date (ECF No. 157) did not address any of the other issues raised in Plaintiffs' motion to enforce.  The parties have since filed a joint motion to cancel the evidentiary hearing, reporting that the two issues in question have been essentially resolved.  The parties request clarification as to the status of any remaining issues.  The Court has granted the motion to cancel the hearing.

Because the evidentiary hearing was to be limited to only two issues, the other issues raised by Plaintiffs are unresolved.  If the parties wish to submit any additional briefing, stipulations, or other materials with respect to those remaining issues, they may do so on or before May 5, 2023.  After that date, the Court will consider the motion to enforce ripe for resolution.

DATED at Burlington, in the District of Vermont, this 20th day of April, 2023.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge
